UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Children's Cancer Research Fund, Inc., a Minnesota non-profit corporation,<br><br>Plaintiff,<br><br>- against -<br><br>New York Medical College, Inc., a New York Corporation,<br><br>Defendant. | Civil Action No. 00-382 JMR/FLV<br><br>**Order** |

The Court, having considered the stipulation of the Plaintiffs and Defendants together with all of the files, records, and proceedings herein, makes the following:

**ORDER:**

It is hereby Ordered:

1. That the Pretrial Schedule is hereby amended to extend the deadline for pre-discovery disclosures required by Rule 26(a)(1) from November 1, 2000 to November 30, 2000.

BY THE COURT:

Dated: 11/3/00

Franklin L. Noel
Chief Magistrate Judge

FILED NOV 0 6 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________