UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Children's Cancer Research Fund, Inc.,
a Minnesota non-profit corporation,

Civil Action 00-CV-382 JMR/FLN

Plaintiff,

v.

New York Medical College, Inc.,
a New York corporation,

Defendant.

**STIPULATED ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Children's Cancer Research Fund, Inc. and New York Medical College, Inc., by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above-entitled action without prejudice, with each party to bear its own costs.

Dated: 12/29, 2000

Dean R. Karau (#225186)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 347-7098/7178
Facsimile: (612) 347-7077

ATTORNEYS FOR PLAINTIFF

Dated: 12/29, 2000

Louis ~~Paul~~ R. Haik, Esq. (#~~158896~~) 225010
**KREBSBACH & HAIK, LTD.**
William R. Golden
Kelly Drye & Warren
101 Park Avenue
New York, New York 10178
Attorneys for Applicant New York Medical College, Inc.

FILED JAN 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED:

Based upon the foregoing Stipulation, the above-entitled action shall be dismissed without prejudice, with each party to bear its own costs.

BY THE COURT:

Dated: January 3rd, 2001

~~The Honorable Franklin L. Noel~~
~~Chief Magistrate Judge~~
~~United States District Court~~

HONORABLE JAMES M. ROSENBAUM, Judge of U.S. District Court

::ODMA\PCDOCS\FBDOCS1\2368423\1